# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EDWARD J. HALVEY )
2016 MAYFAIR DR )
ISLAND LAKE, IL 60042 )
(Name of the plaintiff or plaintiffs) )
)        **08CV3589**
v. )        **JUDGE DARRAH**
)        **MAGISTRATE JUDGE BROWN**
FED EX EXPRESS )
525 ACADEMY DR. )
Northbrook, IL 60062 )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Edward J. Halvey _____ of the county of Lake _____ in the state of Illinois.

3. The defendant is FedEx Express (Tim Fruba, Grace Sullivan), whose street address is 525 Academy Dr _____, (city) Northbrook (county) Cook (state) IL (ZIP) 60062

(Defendant's telephone number)   (847) - 272-9480 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

525 Academy Dr _____ (city) Northbrook

(county) Cook (state) IL (ZIP code) 60062

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

**FILED**

JUN 23 2008 **TC**
Jun 23, 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _August_ , (day) _29th_ , (year) _2007_ .

7.1 _(Choose paragraph 7.1 or 7.2, do not complete both.)_

    (a) The defendant is not a federal governmental agency, and the plaintiff [_check one box_] ☐ _has not_ ☑ _has_ filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

    (b) If charges _were_ filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

        ☐ Yes (month)_____ (day)_____ (year)_____

        ☐ No, did not file Complaint of Employment Discrimination

    2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

    c. Attached is a copy of the

        a. Complaint of Employment Discrimination,

        ☐ YES    ☐ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision

        ☐ YES    ☐ NO, but a copy will be filed within 14 days.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _August_ , (day) _29th_ , (year) _2007_ .

7.1___ *(Choose paragraph 7.1 or 7.2, do not complete both.)*

      (a) The defendant is not a federal governmental agency, and the plaintiff *[check one box]* ☐ *has not* ☐ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

      (i)    ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

      (ii)    ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2      The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

      ☐    Yes (month)_____ (day)_____ (year)_____

      ☐    No, did not file Complaint of Employment Discrimination

  2.      The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

  c.      Attached is a copy of the

    a.   Complaint of Employment Discrimination, ☐ YES   ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision ☐ YES   ☐ NO, but a copy will be filed within 14 days.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August , (day) 29ᵗʰ , (year) 2007 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

       (a) The defendant is not a federal governmental agency, and the plaintiff *[check one box]* ☐ *has not* ☑ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

       (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____ .

       (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____ .

       (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

       (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

             ☐ Yes (month)_____ (day)_____ (year) _____

             ☐ No, did not file Complaint of Employment Discrimination

    2.     The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____ .

    c.     Attached is a copy of the

       a. Complaint of Employment Discrimination,

       ☐ YES   ☐ NO, but a copy will be filed within 14 days.

       (ii) Final Agency Decision

       ☐ YES   ☐ NO, but a copy will be filed within 14 days.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) August , (day) 29th , (year) 2007 .

7.1 _(Choose paragraph 7.1 or 7.2, do not complete both.)_

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☑ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)   ☐ the United States Equal Employment Opportunity Commission, on or about
         (month)_____ (day)_____ (year)_____ .

   (ii)  ☐ the Illinois Department of Human Rights, on or about
         (month)_____ (day)_____ (year)_____ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.  ☐ YES.  ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

         ☐  Yes (month)_____ (day)_____ (year)_____
         ☐  No, did not file Complaint of Employment Discrimination

   2.   The plaintiff received a Final Agency Decision on (month)_____
        (day)_____ (year)_____ .

   c.   Attached is a copy of the

        a.  Complaint of Employment Discrimination,
            ☐ YES   ☐ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision

            ☐ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

    *Notice of Right to Sue.*

    (b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice*

    *of Right to Sue*, which was received by the plaintiff on (month) _____

    (day) _____ (year) _____ a copy of which *Notice* is attached to this

    complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

    (a) ☒ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b)☐ the United States Equal Employment Opportunity Commission has issued a *Notice*

*of Right to Sue,* which was received by the plaintiff on (month)_____

(day)_____ (year)_____ a copy of which *Notice* is attached to this

complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those*
*that apply*]:

(a)☒ Age (Age Discrimination Employment Act).

(b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☒ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local
governmental agency, plaintiff further alleges discrimination on the basis of race, color, or
national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims
by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981
and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation
Act, 29 U.S.C. § 791.

12.    The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☒ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒　failed to stop harassment;

(g)☐　retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify): _____

_____

_____

_____

_____

13.　The facts supporting the plaintiff's claim of discrimination are as follows:

I feel that I was discriminated against because of my age, and sex.

_____

_____

_____

14.　**[*AGE DISCRIMINATION ONLY*]**  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.　The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16.　THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)☐　Direct the defendant to hire the plaintiff.

(b)☒　Direct the defendant to re-employ the plaintiff.

(c)☐　Direct the defendant to promote the plaintiff.

(d)☐　Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☐　Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒    Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

EDWARD J. HALVEY

(Plaintiff's name)

2016 MAYFAIR DR

(Plaintiff's street address)

_____

_____

(City) Island Lake    (State) IL    (ZIP) 60042

(Plaintiff's telephone number) (815) – 518 - 8833

Date: 6-19-2008

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Edward J. Halvey<br>2016 Mayfair Drive<br>Island Lake, IL 60042 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL: #7000 0600 0022 1012 6122**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-02887 | Amy Burkholder,<br>Investigator | (312) 353-8906 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (*briefly state*)

### - NOTICE OF SUIT RIGHTS -
(*See the additional information attached to this form.*)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____     3/24/08
John P. Rowe,                          (Date Mailed)
District Director

Enclosures(s)

cc:     FED EX

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 440-2008-02887 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Edward J. Halvey | (815) 578-8823 | 09-28-1957 |

Street Address: **2016 Mayfair Drive, Island Lake, IL 60042**   City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FED EX | 500 or More | (847) 445-7323 |

Street Address: **525 Academy Drive, Northbrook, IL 60062**   City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address   City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-29-2007**   Latest **08-29-2007**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the Respondent in or around January 1990. My most recent position was Operations Manager. On or about August 29, 2007, I was discharged.

I believe I have been discriminated against because of my sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age 49 (date of birth: September 28, 1957) in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC
FEB 29 2008
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 29, 2008   *(signature)* Charging Party Signature
Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)