

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Edward J. Haluey
(Please print)

STREET ADDRESS: 2016 Mayfare DR

CITY/STATE/ZIP: Island Lake, IL 60042

PHONE NUMBER: 847 445-7323

CASE NUMBER: **08CV3589**
**JUDGE DARRAH**
**MAGISTRATE JUDGE BROWN**

Edward Haluey
(S)gnature

6-9-2008
Date

# FILED

JUN 23 2008 TC
Jun 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT